

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,719-01

### IN RE STATE OF TEXAS EX REL. ABELINO REYNA, RELATOR

### vs.

### COURT OF APPEALS FOR THE TENTH DISTRICT, RESPONDENT

### ON PETITION FOR A WRIT OF MANDAMUS
### IN CAUSE NO. 10-15-00235-CR FROM THE
### TENTH COURT OF APPEALS
### McLENNAN COUNTY

**JOHNSON, J., delivered the opinion of the unanimous Court.**

## O P I N I O N

We deny mandamus relief and withdraw our order staying the proceedings.

Delivered: June 15, 2016
Do not publish